IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT DAVIS and
THOMAS DAVIS,

    Plaintiffs,

v.                                                                 Case No. 3:06cv244/LAC

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT,

    Defendant.
_____/

**O R D E R**

    Before the Court is Defendant Office of Personnel Management's Notice (doc. 80) and Plaintiff's Status Report (doc. 83), filed after the termination of the stay entered in this case to allow Defendant to oversee an administrative determination of whether Plaintiff Thomas Davis is entitled to the medical benefits he seeks from his health insurance plan.

    Defendant reports that Plaintiff Davis' health insurer has concluded after its medical review that hospitalization is a covered benefit for Plaintiff. Defendant has notified the insurance company that the flexible benefit option of 24 hour home nursing that Plaintiff seeks is now available at the discretion of the company.

Since a decision on the matter has not been forthcoming from the insurer, Plaintiff requests that a briefing schedule for summary judgment be set.

Accordingly, **IT IS HEREBY ORDERED** that the parties shall have until February 1st, 2008, in which to file any motions for summary judgment or other dispositive motions. Especially given that the legal and factual posture of this case has changed, the parties should file any such summary judgment motions anew and should neither refer to nor incorporate by reference the previously filed summary judgment motions except where absolutely necessary.

**ORDERED** on this 16th day of January, 2008.

                                                          s/ *L.A. Collier*
                                                          Lacey A. Collier
                                          Senior United States District Judge