**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ROBERT DAVIS and
THOMAS DAVIS,

    Plaintiffs,

v.                                                        Case No. 3:06cv244/LAC

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT,

    Defendant.
_____/

**O R D E R**

Before the Court are Plaintiffs' Motion for Entry of Final Judgment for Reimbursement of Nursing Costs (doc. 90) and Motion for Attorney Fees and Taxable Costs (doc.89). Plaintiffs represent that, while they have been unable to reach an agreement with Defendant as to these motions, Defendant would not file any responses but would leave the matter for the Court to decide. Defendant has indeed filed no response.

As it has been settled between the parties that Plaintiff Robert Davis was entitled to the health benefit that formed the basis of this action, and since there has been no substantive change in his medical condition during the period in question, there is every reason to

conclude that he was entitled to the benefit all along.  Further, the Court finds that, because they obtained the relief they have sought,  Plaintiffs are the prevailing parties for purposes of fees and costs and are therefore entitled to such under the Rehabilitation Act, 29 U.S.C. § 794A(b).

Accordingly, **IT IS HEREBY ORDERED:**

1.  Plaintiffs' Motion for Entry of Final Judgment for Reimbursement of Nursing Costs (doc. 90) is **GRANTED.**

2.  The Clerk is directed to enter judgment in favor of Plaintiffs in the amount of $163,428.94 for reimbursement of lost benefits.

3.  Plaintiffs' Motion for Attorney Fees and Taxable Costs (doc.89) is **GRANTED.**

4. In accordance with Local Rule 54.1(E), Plaintiffs shall file the necessary documentation to request the fee amount.  Plaintiffs may also submit a bill of taxable costs to the Clerk of Court who will award those costs which are taxable.  As per Local Rule 54.1(C), the parties shall attempt to reach a settlement as to these amounts.

**ORDERED** on this 23rd day of April, 2008.

s/*L.A. Collier*
Lacey A. Collier
Senior United States District Judge